**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID EDEN MALONE,<br><br>         Petitioner,<br><br>  v.<br><br>JACK LANGFORD, Warden,<br><br>         Respondent. | Case No. CV 16-5588 JFW (SS)<br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  August 30, 2016

                                             _____

                                     JOHN F. WALTER<br>                                     UNITED STATES DISTRICT JUDGE